# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard Alan Smuda, | Case No. 24-cv-3215 (PJS/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy Johnston, Jodi Harpstead, Paul Snell, and Breanna Futchko, | |
| Defendants. | |

This matter is before the Court on Plaintiff Richard Allen Smuda's Complaint (Doc. 1). Mr. Smuda prepared the document on a form template for civil actions in this District. (*See generally id.*) The document has five pages, so the page numbers run from 1 to 5. (*See id.*) In at least three places within the filing, however, Mr. Smuda refers to additional pages that do not appear in the filing. (*See id.* at 2 (referring to a "Page 20"); *id.* at 4 (referring to a "Page 12" and a "Page 16").)

It appears Mr. Smuda may have omitted some sort of attachment with the template complaint form. The Court therefore orders Mr. Smuda to submit—within 14 days of this Order's date—all supplemental pages that he intended to include with his Complaint. If he fails to do so, the Court will assess the Complaint solely on the basis of the materials received thus far.

**SO ORDERED.**

Date: August 14, 2024

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge