## ADDITIONAL DEFENDANT D2

Breanna Futchko
Becker County Human Services
712 Minnesota Ave.
Detroit Lakes, MN 56501-3035

RECEIVED BY MAIL
AUG 22 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS MINNESOTA

SCANNED
AUG 22 2024
U.S. DISTRICT COURT MPLS