## COVER LETTER TO THE COURTS

I am sorry I cannot do electronically mail and/or filing. I do not have the stuff to do it with, much less now how to do it at this time. I have to do it all though paper work.

I am also sorry I should of asked for this Court's Rules, my understanding is that there cannot be any bold wording, underlining and no circles, so I am sending you the same papers and I took out the underlining words, otherwise it is all the same.

There is a total of 3,950 words and 16 pages in the complaint, plus an additional 3 pages so the grand total of pages is 19.

Thank You
Richard Allen Smuda

RECEIVED BY MAIL
AUG 22 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 22 2024
U.S. DISTRICT COURT MPLS