# CERTIFICATE OF SERVICE

Re:  In the Matter of Civil Commitment of:     Court file: # 0:24-cv-03215-PJS-DLM
     **RICHARD ALLEN SMUDA,**

State of Minnesota)
                  ) ss.
County of Carlton)

Richard Allen Smuda, being first duly sworn, deposes and says:

That at the City of Moose Lake, County of Carlton and State of Minnesota, on 8/20/2024 he caused to be served a Law Suit Complaint and Summons: by depositing the same in the United States Mail at said city and state, true and correct copies thereof, properly enveloped with prepaid first class postage and addressed to:

Diana E. Murphy U.S. Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

Jodi Harpstead
444 Lafayette RD N
St. Paul, MN 55101

Nancy Johnston
540 Cedar Street
St. Paul, MN 55101

Paul Snell
1450 Energy Park Drive
Suite 200
St. Paul, MN 55108-5219

Breanna Futchko
Becker County Human Services
712 Minnesota Ave.
Detroit Lakes, MN 56501-3035

"I declare under penalty of perjury that everything I have stated in this document is true and correct." Minn. Stat. § 358.116 **Executed** on this 20th Day of August 2024

Richard Allen Smuda Pro Se

*Richard A. Smuda*

RECEIVED BY MAIL
AUG 22 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 22 2024
U.S. DISTRICT COURT MPLS