Mr. Richard Smuda
1111 Highway 73
Moose Lake, MN 55767

Mailed From A Secure Treatment Facility

FIRST-CLASS



US POSTAGE
ZIP 55767  $002.31
02 7W
0008028818 AUG 20 2024

DiANA E. MURPHY
U.S. COURTHOUSE
300 SOUTH FOURTH STREET
SuiTe 202
MiNNEAPOLiS, MN
55415

RECEIVED BY MAIL
AUG 22 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED BY MAIL
AUG 22 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 22 2024
U.S. DISTRICT COURT MPLS