

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

September 12, 2024

Richard Allen Smuda
1111 Hwy 73
Moose Lake, MN 55767

Dear Richard Smuda:

This letter is in response to your requests regarding service dated September 9, 2024. In your letters, you have requested relief from the Clerk's Office that this Office cannot grant. Instead, your request must be directed to the judges presiding over your case. This is generally done by filing a motion, rather than a letter. Your letters have been entered on the docket, but you may not be entitled to a ruling on the request made in that letter unless you also file a formal motion requesting the same relief.

Please be advised that summons may not be issued until the Application to Proceed in District Court without Prepaying Fees or Costs (IFP) is ruled on. Additionally, the US Marshal Service cannot process service in any case without an Order from the Court. We are returning the service documents you mailed to the Clerk's Office that were intended for each defendant. Please see the attached Service of Process Information Sheet #2 from our website that discusses this matter.

As a courtesy, we have included a copy of our Local Rules, a public docket sheet of your case and case initiating documents.

Sincerely,

**Kate M. Fogarty, Clerk**

Enclosures: 24cv3215 PJS/DLM docket sheet, Information Sheet # 2- Service of Process, Local Rules, Motion Form, Civil Cover Sheet, IFP, Complaint